# EXHIBIT A

## LEANNE WARHOL

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Steve Miller Band | Jungle Love | Book of Dreams | N42553 |
| UMG Recordings, Inc. | 3 Doors Down | Duck And Run | The Better Life | 277-407 |
| UMG Recordings, Inc. | Godsmack | Bad Religion | Godsmack | 241-879 |
| UMG Recordings, Inc. | Godsmack | Awake | Awake | 293-376 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Original Prankster | Conspiracy of One | 288-853 |