Warhol, Leanne-UserLog(Compressed)-screenshots-90263254.txt
Log for User at address 24.250.0.75:6348 generated on 9/16/2005 12:04:16 AM EDT (-0400 GMT)
Total Files: 721
-----------------------------
Total Audio Files: 638
Total Video Files: 12
Total Software Files: 38
Total Document Files: 16
-----------------------------
Total Matched Files: 14
Total Distinct Matches: 6

FileName: (cd key) microsoft office xp pro serial number.zip (147 bytes)
FileName: 00-va-50_first_dates-ost-2004-chr.jpg (12,559 bytes)
FileName: 05-nickelback-feelin_way_too_damn_good-rns.mp3 (6,157,919 bytes)
FileName: 08 just once.wma (5,965,281 bytes)
FileName: 08-3_doors_down-never_will_i_break.mp3 (7,155,065 bytes)
FileName: 09 purple rain 1.mp3 (12,520,411 bytes)
FileName: 09-3_doors_down-fathers_son.mp3 (6,542,209 bytes)
FileName: 10-3_doors_down-live_for_today.mp3 (6,601,433 bytes)
FileName: 11-3_doors_down-my_world.mp3 (5,114,780 bytes)
FileName: 3 doors down - away from the sun - changes.mp3 (5,685,835 bytes)
FileName: 3 doors down - away from the sun - i feel you.mp3 (5,936,611 bytes)
FileName: 3 doors down - away from the sun again.mp3 (5,598,691 bytes)
FileName: 3 doors down - duck and run.mp3 (3,692,544 bytes)
FileName: 3 doors down - this is the story of a girl.mp3 (3,127,296 bytes)
FileName: 3 doors down-let me go-seventeen days.mp3 (6,367,336 bytes)
FileName: 3 doors down-life of my own.mp3 (3,810,022 bytes)
FileName: 311 - Feel So Good (with Incubus, Korn, Red Hot Chili Peppers, Tool, Limp Bizkit, and System Of A Down).mp3 (3,219,456 bytes)
FileName: 311 - 04 - Beautiful Disaster.mp3 (3,865,128 bytes)
FileName: 311 - All Mixed Up.mp3 (2,912,757 bytes)
FileName: 311 - Amber.mp3 (5,005,748 bytes)
FileName: 311 - Come Original.mp3 (3,565,319 bytes)
FileName: 311 - Down (1).mp3 (2,768,401 bytes)
FileName: 311 - Love Song (cure cover).mp3 (5,683,470 bytes)
FileName: 311 - Omaha Stylee.mp3 (4,048,898 bytes)
FileName: 3doors down - 3 doors down - loser (acustic live).mp3 (2,922,976 bytes)
FileName: 3_doors_down-03-the_road_im_on-rns.mp3 (5,756,052 bytes)
FileName: 50 first dates - 311 - Amber.mp3 (5,004,980 bytes)
FileName: ac dc - acdc - back in black.mp3 (4,069,957 bytes)
FileName: ac dc - acdc - for those about to rock.mp3 (5,516,435 bytes)
FileName: ac dc - back in black - highway to hell.mp3 (3,798,952 bytes)
FileName: ac dc - back in black - rock and roll aint noise pollution.mp3 (4,096,128 bytes)
FileName: ac dc - high voltage.mp3 (3,896,343 bytes)
FileName: ac dc - shoot for thrill.mp3 (5,080,380 bytes)
FileName: ac-dc - its a long way to the top.mp3 (5,036,206 bytes)
FileName: ac-dc - money talks.mp3 (3,616,436 bytes)
FileName: ac-dc - you shook me all night long.mp3 (6,732,034 bytes)
FileName: acdc - ac dc - dirty deeds.mp3 (3,695,723 bytes)
FileName: acdc - highway to hell.mp3 (3,330,843 bytes)
FileName: acdc - tnt.mp3 (3,432,569 bytes)
FileName: adobe photoshop 8 0 cs - serial keygen.exe (35,840 bytes)
FileName: adobe photoshop cs v8 0 + key + crack.exe (162,019,840 bytes)
FileName: alcohol 120% 1 4 8 122+crack working(suto).exe (6,034,257 bytes)
FileName: Alcohol 120% CD & DVD Burning Software (Includes Keygen)(1).zip (3,753,143 bytes)
FileName: alice in chains - 04 - no excuses.mp3 (4,089,730 bytes)
FileName: alice in chains - alice in chains - again.mp3 (7,841,738 bytes)
FileName: alice in chains - angry chair.mp3 (4,592,371 bytes)
FileName: alice in chains - dirt - would.mp3 (3,316,216 bytes)

Warhol, Leanne-UserLog(Compressed)-screenshots-90263254.txt
FileName: alice in chains - down in a hole.mp3 (5,411,317 bytes)
FileName: alice in chains - facelift - we die young.mp3 (2,439,168 bytes)
FileName: alice in chains - grind.mp3 (4,562,313 bytes)
FileName: alice in chains - heaven beside you.mp3 (5,251,528 bytes)
FileName: alice in chains - jar of flies - i stay away.mp3 (4,070,494 bytes)
FileName: alice in chains - jar of flies - nutshell.mp3 (4,139,082 bytes)
FileName: alice in chains - killer is me.mp3 (5,182,403 bytes)
FileName: alice in chains - man in the box.mp3 (4,585,848 bytes)
FileName: alice in chains - nothing safe-best of the box - them bones.mp3 (2,392,944 bytes)
FileName: alice in chains - over now.mp3 (6,779,843 bytes)
FileName: alice in chains - unplugged - brother.mp3 (5,237,156 bytes)
FileName: alice-n-chains - rooster.mp3 (5,987,904 bytes)
FileName: alone (acoustic).mp3 (9,322,579 bytes)
FileName: america - neil young - horse with no name.mp3 (3,981,479 bytes)
FileName: bb king & stevie ray vaughn - bb king & stevie ray vaughan -.mp3 (4,421,632 bytes)
FileName: beatles - day tripper.mp3 (2,744,996 bytes)
FileName: Black Guy With Really Huge Dick Fucks Vercsi Incest Xxx Fuck Porn Sex Fisting Oral Blow Job Pre-teen Asian Big Tits Boobs Breasts Vaginal Anal.mpeg (12,434,384 bytes)
FileName: blackbird (live beatles cover).mp3 (1,212,416 bytes)
FileName: bob dylan & van morrison - hardest to find-lost diamonds - crazy love.mp3 (2,492,537 bytes)
FileName: bob dylan, neil young, joni mitchell, and the band - i shall be released.mp3 (6,518,732 bytes)
FileName: bob dylan, phish, niel young, the grateful dead - - wish you were here.mp3 (1,296,672 bytes)
FileName: breaking benjamin - break my fall.mp3 (6,225,235 bytes)
FileName: breaking benjamin - breaking ben - polyamorous.mp3 (2,932,736 bytes)
FileName: breaking benjamin - forever.mp3 (5,632,597 bytes)
FileName: breaking benjamin - halo 2 - blow me away.mp3 (3,288,561 bytes)
FileName: breaking benjamin - home.mp3 (3,575,640 bytes)
FileName: breaking benjamin - medicate.mp3 (2,871,788 bytes)
FileName: breaking benjamin - saturate - no games.mp3 (5,185,589 bytes)
FileName: breaking benjamin - saturate - sugarcoat.mp3 (3,500,535 bytes)
FileName: breaking benjamin - shallow bay.mp3 (3,663,480 bytes)
FileName: breaking benjamin - skin.mp3 (3,209,336 bytes)
FileName: breaking benjamin - so cold (acoustic)(2).mp3 (5,613,696 bytes)
FileName: breaking benjamin - water.mp3 (3,868,672 bytes)
FileName: breaking benjamin - wish i may.mp3 (3,823,616 bytes)
FileName: breaking benjamin-next to nothing.mp3 (5,371,790 bytes)
FileName: breathe.mp3 (3,838,424 bytes)
FileName: chely wright - shut up and drive.mp3 (3,668,764 bytes)
FileName: Complete DVD Burning Kit (includes Nero 5510, DVDDecrypter, DVD2one, CopytoDVD, instructions and keygens).zip (17,717,516 bytes)
FileName: counter strike condition zero serial key 04-2004.txt (29 bytes)
FileName: counter-strike condition zero (crack).exe (1,231,450 bytes)
FileName: counter-strike condition zero install program.exe (322,450,304 bytes)
FileName: crack - adaware 6 pro+crack.exe (2,883,584 bytes)
FileName: crack norton antivirus 2004 pro activation key & serial.txt (103 bytes)
FileName: cream - blow soundtrack - strange brew.mp3 (2,435,072 bytes)
FileName: cream - cream - sunshine of your love.mp3 (4,012,408 bytes)
FileName: cream - house of the rising sun.mp3 (4,351,244 bytes)
FileName: cream - the cream of eric clapton - layla.mp3 (6,880,990 bytes)
FileName: cream - white room(2).mp3 (4,756,375 bytes)
FileName: dave matthews and rolling stones - wild horses (live).mp3 (4,990,318 bytes)
FileName: days of the new tantric - 13 - seasons change.mp3 (4,744,672 bytes)
FileName: deftones - the white pony - passenger (ft maynard of tool).mp3 (8,836,744 bytes)
FileName: disturbed - 01 - voices.mp3 (3,050,266 bytes)
FileName: disturbed - down with the sickness.mp3 (4,460,672 bytes)

FileName: disturbed - get psycho.mp3 (3,596,288 bytes)
FileName: disturbed - intoxication.mp3 (4,646,784 bytes)
FileName: disturbed - liberate (1).mp3 (5,040,140 bytes)
FileName: disturbed - prayer cd single - prayer.mp3 (5,274,783 bytes)
FileName: disturbed - remember.mp3 (6,032,584 bytes)
FileName: disturbed - shout 2000.mp3 (4,124,672 bytes)
FileName: disturbed - stupified.mp3 (4,381,536 bytes)
FileName: disturbed - the sickness - numb.mp3 (3,600,512 bytes)
FileName: disturbed - the sickness - the game.mp3 (3,633,152 bytes)
FileName: doobie brothers - best of the doobie.mp3 (4,170,509 bytes)
FileName: doobie brothers - china grove.mp3 (3,167,139 bytes)
FileName: doobie brothers - classic rock #1 - rambling man.mp3 (4,573,184 bytes)
FileName: doobie brothers - doobie brothers - listen to the music.mp3 (3,616,224 bytes)
FileName: doobie brothers - dooby - rockin down the highway.mp3 (4,048,147 bytes)
FileName: doobie brothers - drift away.mp3 (3,807,189 bytes)
FileName: doobie brothers - forrest gump - the soundtrack disc 2 - it.mp3 (4,188,160 bytes)
FileName: doobie brothers - jesus is just alright.mp3 (4,408,296 bytes)
FileName: doobie brothers - long train running.mp3 (3,287,339 bytes)
FileName: doobie brothers - mississippi moon funky dixie land.mp3 (4,127,760 bytes)
FileName: doobie brothers - the doobie brothers - travelin' man.mp3 (5,365,760 bytes)
FileName: doobie brothers - what a fool believes.mp3 (3,555,416 bytes)
FileName: doom 1, 2, tnt, final & ultimate.exe (25,389,536 bytes)
FileName: Doors - End Of The Night.mp3 (2,764,800 bytes)
FileName: Doors - Hello, I Love You.mp3 (2,158,145 bytes)
FileName: Doors - The Soft Parade.mp3 (8,230,452 bytes)
FileName: eagles & joe walsh - in the city.mp3 (3,614,720 bytes)
FileName: eagles - smuggler's blues.mp3 (4,151,644 bytes)
FileName: eric clapton - cream - the very best of cream - crossroads.mp3 (4,135,288 bytes)
FileName: eric clapton - eric clapton - if i could change the world.mp3 (3,777,515 bytes)
FileName: eric clapton - i shot the sheriff.mp3 (4,218,044 bytes)
FileName: eric clapton - layla - layla unplugged.mp3 (4,578,742 bytes)
FileName: eric clapton - layla origional - layla orginal.mp3 (5,939,931 bytes)
FileName: eric clapton - phil collins - lady in red.mp3 (2,785,280 bytes)
FileName: eric clapton - slowhand - cocaine.mp3 (3,464,881 bytes)
FileName: eric clapton - tears in heaven.mp3 (4,418,246 bytes)
FileName: eric clapton - the cream of clapton (1995) - knockin' on heaven's door.mp3 (4,188,079 bytes)
FileName: eric clapton - the cream of clapton - bell bottom blues.mp3 (4,866,535 bytes)
FileName: eric clapton - wonderfull tonight.mp3 (3,505,294 bytes)
FileName: eric clapton, carlos santana, & jimi hendrix - rare - after midnight.mp3 (7,929,856 bytes)
FileName: evanescence - daredevil soundtrack - wake me up inside (good copy) w linkin park.mp3 (9,561,040 bytes)
FileName: gary paddock - windows xp pro serial key.doc (19,968 bytes)
FileName: god smack - keep away.mp3 (4,652,694 bytes)
FileName: godsmack - all wound up - voodoo.mp3 (4,448,467 bytes)
FileName: godsmack - awake - awake.mp3 (4,907,676 bytes)
FileName: godsmack - bad magik.mp3 (4,089,984 bytes)
FileName: godsmack - bad religion.mp3 (3,540,223 bytes)
FileName: godsmack - faceless (retail) - i fucking hate you.mp3 (5,929,714 bytes)
FileName: godsmack - faceless (retail) - re-align.mp3 (6,261,365 bytes)
FileName: godsmack - faceless (retail) - serenity.mp3 (6,588,000 bytes)
FileName: godsmack - go away.mp3 (3,327,663 bytes)
FileName: godsmack - godsmack - whatever.mp3 (3,290,147 bytes)
FileName: godsmack - greed(2).mp3 (3,350,528 bytes)
FileName: godsmack - now or never.mp3 (4,907,008 bytes)
FileName: godsmack - the other side (ep) - keep away.mp3 (8,418,259 bytes)

Warhol, Leanne-UserLog(Compressed)-screenshots-90263254.txt
FileName: godsmack - the other side (ep) - spiral.mp3 (8,848,516 bytes)
FileName: godsmack - the other side (ep) - voices.mp3 (6,274,058 bytes)
FileName: godsmack - the other side - running blind.mp3 (7,657,445 bytes)
FileName: godsmack - the other side - touche.mp3 (6,260,246 bytes)
FileName: godsmack - vampires.mp3 (3,732,921 bytes)
FileName: godsmack - whatever.mp3 (3,291,136 bytes)
FileName: godsmack, alice in chains, creed - responsible for.mp3 (5,926,912 bytes)
FileName: good times gone - nickelback.mp3 (7,635,615 bytes)
FileName: grateful dead & allman brothers - allman brothers - the weight live.mp3 (7,232,056 bytes)
FileName: Grateful Dead & Bob Dylan - Highway 61 (Live).mp3 (4,685,952 bytes)
FileName: Grateful Dead & Janis Joplin - Lovelight (live).mp3 (19,799,852 bytes)
FileName: Grateful Dead (live) - Desolation Row (EXCELLENT).mp3 (11,503,616 bytes)
FileName: Grateful Dead (with Janis Joplin)--Scarlet Begonias(live).mp3 (3,267,136 bytes)
FileName: grateful dead - black muddy river.mp3 (5,722,112 bytes)
FileName: grateful dead - estimated prophet.mp3 (8,125,254 bytes)
FileName: grateful dead - europe '72 - tennessee jed.mp3 (6,887,424 bytes)
FileName: grateful dead - hey jude beatles cover 1.mp3 (7,267,476 bytes)
FileName: grateful dead - hitchin' a ride - one toke over the line.mp3 (2,394,112 bytes)
FileName: grateful dead - jerry garcia - what a wonderful world (totally awesome)11-9-91.mp3 (8,438,852 bytes)
FileName: grateful dead - let the good times roll (live).mp3 (3,960,832 bytes)
FileName: grateful dead - live 10-1-66 - kool-aid acid test.mp3 (22,001,664 bytes)
FileName: Grateful Dead - Long Black Veil (Garcia's last jam).mp3 (3,399,936 bytes)
FileName: grateful dead - ripple.mp3 (3,999,742 bytes)
FileName: Grateful Dead - Row Jimmy (Killer LIVE Version).mp3 (10,859,990 bytes)
FileName: grateful dead - shakedown street - shakedown street.mp3 (4,790,271 bytes)
FileName: grateful dead - skeletons from the closet - mexicali blues.mp3 (3,393,536 bytes)
FileName: grateful dead - st stephen.mp3 (4,316,810 bytes)
FileName: grateful dead - the beatles covers - lucy in the sky with diamonds (cover).mp3 (4,276,224 bytes)
FileName: grateful dead - up on cripple creek.mp3 (4,333,175 bytes)
FileName: grateful dead - werewolves of london.mp3 (6,774,230 bytes)
FileName: grateful dead - whiskey in the jar.mp3 (5,082,929 bytes)
FileName: grateful dead - winterland 12-27-77 - fire on the mountain.mp3 (8,728,576 bytes)
FileName: grateful dead - wish you were here (live cover).mp3 (4,674,917 bytes)
FileName: grateful dead greatful dead - wharf rat acoustic.mp3 (6,865,424 bytes)
FileName: Gratefull Dead - I Fought the Law.MP3 (2,972,112 bytes)
FileName: greatful dead - all along the watchtower.mp3 (7,387,556 bytes)
FileName: Greatful Dead - Althea.mp3 (6,633,600 bytes)
FileName: greatful dead - history of the grateful dead, - katie mae.mp3 (3,448,604 bytes)
FileName: greatful dead - i know your rider.mp3 (5,017,446 bytes)
FileName: Greatful Dead - Lucy In The Sky With Diamonds.mp3 (5,334,852 bytes)
FileName: Greatful Dead - Peggy-O (AWESOME!!).mp3 (7,018,633 bytes)
FileName: greatful dead - stuck in the middle with you.mp3 (3,255,180 bytes)
FileName: Greatful Dead -The Monkey and the Engineer.mp3 (6,310,396 bytes)
FileName: greatful_dead___ship_of_foo.mp3 (5,277,698 bytes)
FileName: half-life counter strike cd keys.doc (19,456 bytes)
FileName: halo pc cd-key generator (2).exe (3,143 bytes)
FileName: hank williams jr - almeria club - the f-word (with kid rock).mp3 (6,445,056 bytes)
FileName: hank williams jr - long haired country boy.mp3 (2,922,143 bytes)
FileName: hank williams jr feat kid rock - kid rock - naked women and beer.mp3 (5,800,386 bytes)
FileName: hank williams jr kid rock - midnight rider~cowboy cmt crossroads video 86 6mb.mpg (90,810,798 bytes)
FileName: how to crack windows xp home, pro or upgrade permanently.doc (20,992 bytes)

Warhol, Leanne-UserLog(Compressed)-screenshots-90263254.txt

FileName: isreal kamakawiwo'ole - somewhere over the rainbow-what a wonderful world.mp3 (4,926,696 bytes)
FileName: james gang - ashes, the rain and i.mp3 (4,754,247 bytes)
FileName: James Gang - Crusin' Down The Highway.mp3 (4,784,128 bytes)
FileName: James Gang - Funk 49.mp3 (3,758,516 bytes)
FileName: james gang - stop.mp3 (11,282,351 bytes)
FileName: james taylor & joni mitchel-something in the way she moves.mp3 (2,852,571 bytes)
FileName: james taylor - american pie soundtrack - how sweet it is.mp3 (3,504,297 bytes)
FileName: james taylor - brown eyed girl.mp3 (1,286,144 bytes)
FileName: james taylor - carolina in my mind.mp3 (3,782,658 bytes)
FileName: james taylor - country road.mp3 (3,283,874 bytes)
FileName: james taylor - fire and rain.mp3 (3,257,276 bytes)
FileName: james taylor - greatest hits - mexico.mp3 (2,818,836 bytes)
FileName: james taylor - james taylor - you ve got a friend.mp3 (4,283,806 bytes)
FileName: james taylor - just call my name.mp3 (4,353,896 bytes)
FileName: james taylor - october road - october road.mp3 (5,704,810 bytes)
FileName: james taylor - sweet baby james (1).mp3 (2,721,042 bytes)
FileName: Jane's Addiction - I Would For You.mp3 (3,719,168 bytes)
FileName: Jane's Addiction - Jane Says (Live with Steel Drums).mp3 (6,195,604 bytes)
FileName: Jane's Addiction - Janes Says (acoustic).mp3 (3,648,807 bytes)
FileName: Jane's Addiction - No Rain (live Blind Melon cover).mp3 (8,454,272 bytes)
FileName: Jane's Addiction - Sympathy For The Devil - (Acoustic) - Rolling Stones Cover).mp3 (10,543,104 bytes)
FileName: Jane's addiction - Up The Beach.mp3 (2,898,633 bytes)
FileName: Janes Addiction - Been Caught Stealing.mp3 (3,404,823 bytes)
FileName: Janes Addiction - Jane Says.mp3 (4,580,832 bytes)
FileName: Janes Addiction - LA Woman.mp3 (3,586,891 bytes)
FileName: Janes Addiction - Three Days.mp3 (10,367,478 bytes)
FileName: jay z and linkin park - 99 steps closer.mp3 (4,490,971 bytes)
FileName: jay-z & linkin park - jay-z & likin park mix album! - numb encore.mp3 (4,890,752 bytes)
FileName: jay-z & linkin park - numb encore.mp3 (4,890,624 bytes)
FileName: jay-z and linkin park - collision course - izzo in the end.mp3 (3,648,006 bytes)
FileName: jay-z and linkin park - collision course - jigga what faint.mp3 (6,154,049 bytes)
FileName: jay-z and linkin park - numb encore (promo) - numb encore.mp3 (4,913,473 bytes)
FileName: jeff beck & stevie ray vaughn - i'm going down.mp3 (4,093,614 bytes)
FileName: Jethro Tull - Aqualung.mp3 (6,287,492 bytes)
FileName: Jethro Tull - Living In The Past.mp3 (3,280,896 bytes)
FileName: Jethro Tull - Locomotive Breath.mp3 (4,406,110 bytes)
FileName: Jethro Tull - Thick As A Brick.mp3 (2,893,980 bytes)
FileName: Jethro Tull - Too Old To Rock 'N' Roll, Too Young To Die.mp3 (5,403,582 bytes)
FileName: jimi hendrix & b b king - like a rolling stones.mp3 (7,672,606 bytes)
FileName: jimi hendrix & bb king - like a rolling stone(2).mp3 (7,672,478 bytes)
FileName: Jimi Hendrix & The Doors - Let Me Stand Next To Your Fire (L.mp3 (3,491,252 bytes)
FileName: jimi hendrix - all along the watchtower.mp3 (3,851,075 bytes)
FileName: Jimi Hendrix - Angel (Acoustic).mp3 (3,076,178 bytes)
FileName: Jimi Hendrix - Angel.mp3 (4,118,388 bytes)
FileName: jimi hendrix - axis bold as love - castles made of sand.mp3 (2,643,173 bytes)
FileName: Jimi Hendrix - Bleeding Heart ( Very Rare) Feat. Jim Morrison ( Doors) Johnny Winters & Buddy Miles Live At The Sceen Club N.Y.C. 1968 01_Red House.mp3 (15,771,952 bytes)
FileName: jimi hendrix - cocaine.mp3 (2,977,792 bytes)
FileName: Jimi Hendrix - Crosstown Traffic.mp3 (5,568,347 bytes)
FileName: jimi hendrix - entire album cd - are you experienced.mp3 (57,933,824 bytes)

FileName: jimi hendrix - foxey lady.mp3 (3,210,472 bytes)
FileName: jimi hendrix - greatest hits of jimi hendrix - purple haze.mp3 (2,772,869 bytes)
FileName: Jimi Hendrix - Hear My Train A Comin'.mp3 (8,868,850 bytes)
FileName: jimi hendrix - hey joe - hey joe.mp3 (3,312,326 bytes)
FileName: Jimi Hendrix - Hey Joe.mp3 (3,228,920 bytes)
FileName: jimi hendrix - jimmy hendrix - voodoo child.mp3 (5,002,971 bytes)
FileName: Jimi Hendrix - Killing Floor (Unreleased).mp3 (3,387,004 bytes)
FileName: jimi hendrix - little wing.mp3 (2,256,561 bytes)
FileName: Jimi Hendrix - Manic Depression.mp3 (2,666,782 bytes)
FileName: Jimi Hendrix - Purple Haze.mp3 (2,772,869 bytes)
FileName: jimi hendrix - red house (1).mp3 (3,681,749 bytes)
FileName: Jimi Hendrix - Red House.mp3 (3,685,845 bytes)
FileName: Jimi Hendrix - Somewhere Over the Rainbow (rare studio).mp3 (2,968,867 bytes)
FileName: jimi hendrix - star spangled banner.mp3 (3,398,711 bytes)
FileName: jimi hendrix - the ultimate experience - angel.mp3 (6,080,180 bytes)
FileName: jimi hendrix - the ultimate experience - fire.mp3 (3,714,740 bytes)
FileName: jimi hendrix - the ultimate experience - manic depression.mp3 (3,471,360 bytes)
FileName: jimi hendrix - the wind crys mary.mp3 (3,241,819 bytes)
FileName: Jimmi Hendrix - Are You Experienced.mp3 (6,067,769 bytes)
FileName: Jimmi Hendrix - Foxy Lady.mp3 (3,210,472 bytes)
FileName: Jimmy Hendrix - Voodoo Child.mp3 (5,009,408 bytes)
FileName: jimmy hendrix - wild thing.mp3 (6,595,609 bytes)
FileName: Jimmy Hendrix Live Woodstock - The Star Spangled Banner, Purple Haze, Jimi Solo.mp3 (14,265,838 bytes)
FileName: jodee massina - stand beside me.mp3 (2,229,001 bytes)
FileName: jodee messina - because you loved me.mp3 (3,656,976 bytes)
FileName: jodee messina - burn - down time.mp3 (3,581,952 bytes)
FileName: jodee messina - burn - these are the days.mp3 (6,416,632 bytes)
FileName: jodee messina - dare to dream.mp3 (3,184,640 bytes)
FileName: jodee messina - greatest hits - 15 - i wish.mp3 (6,905,565 bytes)
FileName: jodee messina - i m alright.mp3 (3,141,381 bytes)
FileName: jodee messina - jo dee messina - on a wing and a prayer.mp3 (2,992,128 bytes)
FileName: jodee messina - lesson in leavin.mp3 (3,510,272 bytes)
FileName: jodee messina - roll with the punches.mp3 (3,220,504 bytes)
FileName: jodee messina - that's the way.mp3 (2,456,787 bytes)
FileName: jodee messina--i'm alright--.mp3 (3,146,633 bytes)
FileName: joe dirt soundtrack - joe walsh - rocky mountain high(1).mp3 (5,118,456 bytes)
FileName: joe dirt soundtrack - joe walsh - rocky mountain high.mp3 (2,621,876 bytes)
FileName: joe walsh & the james gang - seems to me.mp3 (3,420,577 bytes)
FileName: Joe Walsh - Walk Away (The James Gang).mp3 (3,428,352 bytes)
FileName: joe walsh - greatest hits - all night long.mp3 (3,385,300 bytes)
FileName: joe walsh - greatest hits - funk #49.mp3 (3,758,896 bytes)
FileName: joe walsh - greatest hits - ordinary average guy.mp3 (4,973,558 bytes)
FileName: joe walsh - i like big tits.mp3 (2,749,870 bytes)
FileName: joe walsh - james gang walk away.mp3 (5,394,321 bytes)
FileName: joe walsh - joe walsh - life s been good.mp3 (8,586,553 bytes)
FileName: joe walsh - life's been good (2).mp3 (4,501,421 bytes)
FileName: joe walsh - turn to stone.mp3 (3,833,996 bytes)
FileName: John Lennon & Jimi Hendrix - Day Tripper (live).mp3 (2,745,024 bytes)
FileName: kenny loggins and jodee messina - danny s song.mp3 (4,093,976 bytes)
FileName: kenny wayne shepherd - the place you're in - 03 - spank (featuring kid rock).mp3 (5,388,276 bytes)
FileName: key generator halo.exe (15,232,792 bytes)
FileName: kid rock & hank williams jr - whisky bent and hell bound cmt crossroads 1.mpg (24,815,620 bytes)
FileName: kid rock - american bad ass uncensored version.mp3 (5,370,374 bytes)
FileName: kid rock - cats in the cradle.mp3 (3,867,121 bytes)

FileName: kid rock - cocky - midnight train to memphis.mp3 (5,686,466 bytes)
FileName: kid rock - cowboy.mp3 (4,126,639 bytes)
FileName: kid rock - i feel like making love.mp3 (7,380,472 bytes)
FileName: kid rock - kid rock - jackson mississippi.mp3 (6,513,446 bytes)
FileName: kid rock - sweet home alabama.mp3 (4,985,835 bytes)
FileName: kid rock and hank williams jr - family tradition.mp3 (4,665,600 bytes)
FileName: kid rock and metallica - turn the page.mp3 (5,447,390 bytes)
FileName: kid rock run dmc aerosmith - kings of rock walk this way.mpg (75,945,898 bytes)
FileName: kid rock with metallica - american badass live on leno.mpg (29,618,176 bytes)
FileName: linkin park - breaking the habit.mp3 (4,706,834 bytes)
FileName: linkin park - easier to run.mp3 (4,899,915 bytes)
FileName: linkin park - hybrid theory - crawling.mp3 (3,407,872 bytes)
FileName: linkin park - in the end.mp3 (3,463,168 bytes)
FileName: linkin park - meteora - don't stay.mp3 (4,511,631 bytes)
FileName: linkin park - meteora - faint.mp3 (3,890,122 bytes)
FileName: linkin park - meteora - my december.mp3 (4,115,631 bytes)
FileName: linkin park - meteora - numb.mp3 (4,499,832 bytes)
FileName: linkin park - meteora - somewhere i belong.mp3 (3,446,784 bytes)
FileName: linkin park - one step closer.mp3 (2,489,492 bytes)
FileName: linkin park, godsmack, disturbed, pantera, limp bizkit, tool, s - scars of life - purity.mp3 (5,952,783 bytes)
FileName: lynard skynard - gimme three steps.mp3 (4,269,374 bytes)
FileName: lynard skynard - lynyrd skynyrd - freebird.mp3 (8,757,787 bytes)
FileName: lynard skynard - simple man(2).mp3 (5,691,288 bytes)
FileName: lynard skynard - travelin` man.mp3 (7,855,253 bytes)
FileName: lynard skynard - whiskey rock n roller.mp3 (4,137,923 bytes)
FileName: lynyrd skynyrd - ccr - sweet home alabama.mp3 (4,800,679 bytes)
FileName: lynyrd skynyrd - greatest hits - call me the breeze.mp3 (4,915,328 bytes)
FileName: lynyrd skynyrd - guitar rock 1976-1977 - what's your name.mp3 (3,360,262 bytes)
FileName: lynyrd skynyrd - i know a little.mp3 (3,340,288 bytes)
FileName: lynyrd skynyrd - lynard skynard - tuesdays gone.mp3 (7,186,122 bytes)
FileName: lynyrd skynyrd - old time greats (disc 2) - i'm a country boy.mp3 (4,241,867 bytes)
FileName: lynyrd skynyrd - pronounced 'leh-nerd' skin'-ne - mississippi kid.mp3 (3,751,311 bytes)
FileName: lynyrd skynyrd - skynyrd's innyrds their grea - that smell.mp3 (2,818,048 bytes)
FileName: lynyrd skynyrd - the ballad of curtis lowe.mp3 (4,659,119 bytes)
FileName: lynyrd skynyrd - the essential lynyrd skynyrd (cd 1) - was i right or wrong.mp3 (5,199,872 bytes)
FileName: lynyrd skynyrd - vicious cycle - red white and blue.mp3 (4,879,133 bytes)
FileName: lynyrd skynyrd- gimme back my bullets.mp3 (3,378,910 bytes)
FileName: lynyrd skynyrd--freebird-live(m).mpg (126,407,008 bytes)
FileName: messina, jodee - bye bye.mp3 (3,196,679 bytes)
FileName: metalica - and justice for all.mp3 (9,416,704 bytes)
FileName: metalica - fade to black.mp3 (6,607,933 bytes)
FileName: metalica - fuel.mp3 (4,313,216 bytes)
FileName: metalica - garage inc - tuesdays gone.mp3 (8,732,131 bytes)
FileName: metalica - hero of the day.mp3 (3,656,064 bytes)
FileName: metalica - i disappear- mission impossible 2.mp3 (4,378,958 bytes)
FileName: metalica - i dissapear.mp3 (2,188,643 bytes)
FileName: metalica - matter of puppets - sanatarium.mp3 (6,215,680 bytes)
FileName: metalica - metallica & the san fransisco symphony orchestra - enter sandman.mp3 (4,642,377 bytes)
FileName: metalica - metallica - nothing else matters.mp3 (6,220,486 bytes)
FileName: metalica - metallica - the unforgiven.mp3 (5,420,617 bytes)
FileName: metalica - one.mp3 (6,283,264 bytes)
FileName: metalica - ride the lightning.mp3 (5,552,128 bytes)
FileName: metalica - seek and destroy.mp3 (2,889,856 bytes)
FileName: metalica - smoke on the water.mp3 (9,534,033 bytes)

FileName: metalica - so fucking what.mp3 (2,957,312 bytes)
FileName: metalica - st anger.mp3 (5,461,471 bytes)
FileName: metalica - turn the page (1).mp3 (4,397,056 bytes)
FileName: metalica - where ever i may roam.mp3 (6,445,568 bytes)
FileName: metalica, kid rock, seven dust, ted nugent - detroit rock city.mp3 (7,473,152 bytes)
FileName: metallica - master of puppets.mp3 (8,222,822 bytes)
FileName: metallica - no leaf clover.mp3 (4,132,864 bytes)
FileName: metallica,blues traveler,alice in chains,lynyrd skynyrd - tuesdays gone(acoustic).mp3 (8,560,640 bytes)
FileName: metallica-symphony_and_metallica-hero_of_the_day.mp3 (4,546,560 bytes)
FileName: methods of mayhem - new skin (with kid rock).mp3 (4,376,996 bytes)
FileName: microsoft - microsoft - halo full game for pc(real version).exe (177,755,648 bytes)
FileName: microsoft - windows xp pro english v2600153.exe (512,342,016 bytes)
FileName: microsoft - windows xp pro.exe (459,902,464 bytes)
FileName: microsoft office xp pro (word, excel, powerpoint, outlook, acce(2).exe (414,281,551 bytes)
FileName: Neil Young & Grateful Dead - Forever Young (live).mp3 (6,633,430 bytes)
FileName: neil young - 'decade' disc 2 - old man.mp3 (3,236,776 bytes)
FileName: neil young - decade - 19 - old man.mp3 (4,383,154 bytes)
FileName: neil young - decade - disc 1 - down by the river.mp3 (8,612,387 bytes)
FileName: neil young - forever young (live).mp3 (8,736,218 bytes)
FileName: neil young - harvest - the needle and the damage done.mp3 (1,971,091 bytes)
FileName: neil young - harvest moon - harvest moon.mp3 (4,833,992 bytes)
FileName: neil young - heart of gold.mp3 (2,989,790 bytes)
FileName: neil young - like a hurricane.mp3 (7,938,524 bytes)
FileName: neil young - like a musical ride bootleg - fuckin' up (acoustic).mp3 (3,811,038 bytes)
FileName: neil young - my my, hey hey.mp3 (3,631,588 bytes)
FileName: neil young - neil young - cinnamon girl.mp3 (2,886,008 bytes)
FileName: neil young - ohio(2).mp3 (2,881,233 bytes)
FileName: neil young - southern man.mp3 (5,275,898 bytes)
FileName: neil young - sugar mountain.mp3 (5,492,500 bytes)
FileName: nero - nero 6 3 0 3 ultra full =latest version= + key gen.exe (65,713,262 bytes)
FileName: nickelback - 07 - figure you out.mp3 (5,485,726 bytes)
FileName: nickelback - believe it or not.mp3 (5,953,537 bytes)
FileName: nickelback - curb - 06 - falls back on.mp3 (4,267,519 bytes)
FileName: nickelback - curb.mp3 (4,655,647 bytes)
FileName: nickelback - diggin this.mp3 (2,902,144 bytes)
FileName: nickelback - do this anymore.mp3 (5,855,876 bytes)
FileName: nickelback - hero.mp3 (3,027,824 bytes)
FileName: nickelback - never again(2).mp3 (4,208,640 bytes)
FileName: nickelback - see you at the show.mp3 (5,945,387 bytes)
FileName: nickelback - someday (2).mp3 (3,283,500 bytes)
FileName: nickelback - someday cds - someday.mp3 (5,020,705 bytes)
FileName: nickelback - the long road - another hole in the head.mp3 (5,172,998 bytes)
FileName: nickelback - the long road - because of you(2).mp3 (5,048,865 bytes)
FileName: nickelback - the long road - feelin' way too damn good.mp3 (6,162,527 bytes)
FileName: nickelback - the long road - figured you out(2).mp3 (5,485,470 bytes)
FileName: nickelback - the long road - figured you out.mp3 (5,485,214 bytes)
FileName: nickelback - the long road - flat on the floor.mp3 (2,935,454 bytes)
FileName: nickelback - the punisher - slow motion.mp3 (6,334,791 bytes)
FileName: nickelback - this is how you remind me(2).mp3 (3,655,471 bytes)
FileName: nickelback - this is how you remind me.mp3 (3,655,855 bytes)
FileName: nickelback - throw yourself away.mp3 (5,648,218 bytes)
FileName: nickelback - to bad.mp3 (5,574,867 bytes)
FileName: nickelback - too bad.mp3 (3,751,936 bytes)
FileName: nickelback - woke up this morning.mp3 (3,719,168 bytes)

Warhol, Leanne-UserLog(Compressed)-screenshots-90263254.txt
FileName: nickelback - yanking out my heart.mp3 (3,458,280 bytes)
FileName: nickelback feat kid rock - charlie's angels full throttle - saturday night's alright (for.mp3 (5,384,415 bytes)
FileName: Nickelback- Photograph (1).mp3 (5,630,062 bytes)
FileName: nickelback_too bad.mp3 (3,751,936 bytes)
FileName: nickle back-how you remind me.mp3 (3,371,136 bytes)
FileName: nickleback - fly.mp3 (2,771,129 bytes)
FileName: nickleback_leader_of_men.mp3 (1,665,152 bytes)
FileName: norton anti-virus 2005 +keygen+activation key.exe (39,159,187 bytes)
FileName: norton antivirus 2004 product key.txt (214 bytes)
FileName: norton ghost v9 0 retail + keygen (100% working).exe (28,314,624 bytes)
FileName: norton personal firewall 2004 serial numbers.txt (683 bytes)
FileName: off spring - the kids aren't all right.mp3 (5,898,368 bytes)
FileName: offspring - defy you.mp3 (3,756,032 bytes)
FileName: offspring - gone away.mp3 (4,302,053 bytes)
FileName: offspring - i wanna be sedated.mp3 (2,229,217 bytes)
FileName: offspring - keep 'em seperated.mp3 (3,197,515 bytes)
FileName: offspring - smash - come out and play.mp3 (3,165,750 bytes)
FileName: offspring - smash - gotta get away.mp3 (3,716,720 bytes)
FileName: offspring - smash - self esteem.mp3 (4,128,918 bytes)
FileName: offspring - the kids aren't alright.mp3 (2,891,968 bytes)
FileName: offspring - why don't you get a job.mp3 (2,759,076 bytes)
FileName: offsprings - americana.mp3 (3,871,280 bytes)
FileName: pat green, cross canadian ragweed, kid rock - i found this in the street! ho - the dope smokin song.mp3 (4,077,413 bytes)
FileName: pearl jam & neil young - neil young & pearl jam - wild horses.mp3 (2,899,624 bytes)
FileName: phish with kid rock (acdc cover) - you shook me all night long (live).mp3 (4,401,152 bytes)
FileName: photoshop cs serial number generater.exe (213,458 bytes)
FileName: Pitch Black Directors Cut.avi (737,402,880 bytes)
FileName: prince - baby i'm a star (1).mp3 (4,235,726 bytes)
FileName: prince and the revolution - purple rain - baby im a star(2).mp3 (4,240,334 bytes)
FileName: prince and the revolution - purple rain - the beautiful ones(2).mp3 (5,030,601 bytes)
FileName: prince and the revolution - purple rain - the beautiful ones(3).mp3 (5,030,601 bytes)
FileName: prince and the revolution - purple rain - the beautiful ones(4).mp3 (5,031,113 bytes)
FileName: prince and the revolution - purple rain - the beautiful ones.mp3 (5,026,505 bytes)
FileName: prince and the revolution - purple rain soundtrack - let's go crazy.mp3 (3,350,802 bytes)
FileName: prince and the revolution - purple rain soundtrack - take me with you.mp3 (3,745,792 bytes)
FileName: prince-i would die 4 u.mp3 (2,712,683 bytes)
FileName: product key for norton 2004.txt (24 bytes)
FileName: reset v5 02 activation for windows xp pro home oem with sp1 crack keygen serial.zip (224,040 bytes)
FileName: Resident Evil Soundtrack - 14 - Saliva - 800.mp3 (6,669,501 bytes)
FileName: rob white zombie - astrocreep 2000 - devil man.mp3 (3,049,472 bytes)
FileName: rob white zombie - more human than human music video.mpg (37,037,588 bytes)
FileName: rob zombie - welcome to planet mofo (white zombie).mp3 (6,103,660 bytes)
FileName: ROBOTS CD1.mpg (434,350,952 bytes)
FileName: ROBOTS CD2.mpg (434,506,660 bytes)
FileName: rolling stones - 08 - under my thumb.mp3 (3,581,492 bytes)
FileName: rolling stones - beast of burden.mp3 (4,230,008 bytes)
FileName: rolling stones - blow soundtrack - cocain eyes.mp3 (7,017,579 bytes)
FileName: rolling stones - dead flowers.mp3 (5,569,685 bytes)
FileName: Rolling Stones - Drift Away (Rare, with The Beatles).mp3 (3,622,947 bytes)
FileName: Rolling Stones - Exile on Main Street (entire album).mp3 (159,774,720

bytes)
FileName: rolling stones - get off my cloud.mp3 (2,750,640 bytes)
FileName: rolling stones - honky tonk woman.mp3 (2,906,489 bytes)
FileName: Rolling Stones - Jumping Jack Flash.mp3 (3,597,340 bytes)
FileName: rolling stones - let it bleed - you can't always get what you.mp3 (6,338,688 bytes)
FileName: rolling stones - like a rolling stone.mp3 (5,424,563 bytes)
FileName: rolling stones - mick jagger & david bowie - dancing in the street.mp3 (4,449,175 bytes)
FileName: Rolling Stones - Miss You.mp3 (4,599,786 bytes)
FileName: rolling stones - paint it black.mp3 (3,611,585 bytes)
FileName: rolling stones - ruby tuesday.mp3 (3,201,985 bytes)
FileName: rolling stones - satisfaction.mp3 (3,621,616 bytes)
FileName: rolling stones - start me up.mp3 (3,438,550 bytes)
FileName: rolling stones - stones - angie.mp3 (4,352,626 bytes)
FileName: Rolling Stones - Sympathy For The Devil.mp3 (6,207,111 bytes)
FileName: Rolling Stones - Time Is On My Side.mp3 (2,860,222 bytes)
FileName: Saliva - Always.mp3 (3,672,607 bytes)
FileName: Saliva - Bleed For Me (full - without beeps).mp3 (5,752,049 bytes)
FileName: Saliva - Click Click Boom.mp3 (6,050,418 bytes)
FileName: Saliva - Doperide.mp3 (3,311,535 bytes)
FileName: Saliva - Raise Up.mp3 (5,426,668 bytes)
FileName: Saliva - Rest In Pieces.mp3 (5,442,513 bytes)
FileName: Saliva - Suffocate.mp3 (4,664,050 bytes)
FileName: Saliva - Superstar.mp3 (3,872,806 bytes)
FileName: Saliva - Your Disease.mp3 (3,802,721 bytes)
FileName: sound garden & stone temple pilots - temple of the dog - call me a dog.mp3 (4,874,240 bytes)
FileName: soundtracks - dazed and confused - lowrider.mp3 (2,592,768 bytes)
FileName: spy bot search and destroy (spyware remover).exe (3,662,787 bytes)
FileName: spyware doctor v2 0 1 143 + crack (best spyware removal).exe (3,027,313 bytes)
FileName: Staind - Just Go.mp3 (4,612,982 bytes)
FileName: Staind - Outside.mp3 (4,682,989 bytes)
FileName: Stained - For You.mp3 (4,908,594 bytes)
FileName: Stained - I Can See Through You.mp3 (2,820,096 bytes)
FileName: Stained - It's Been A While (UNSENSORED).mp3 (4,264,020 bytes)
FileName: Stained - It's Been a While.mp3 (6,389,489 bytes)
FileName: Stained - Outside - feat Fred Durst (family values 99).mp3 (8,185,078 bytes)
FileName: Stained - Price you pay (1).mp3 (5,206,265 bytes)
FileName: Stained - So Far Away.mp3 (5,885,202 bytes)
FileName: Stained - Staind - Suffocate.mp3 (3,154,980 bytes)
FileName: Stained - Waste.mp3 (3,760,128 bytes)
FileName: Stained- Dysfuction.mp3 (4,465,320 bytes)
FileName: Star Wars - Episode VI - Return of the Jedi.avi (747,601,920 bytes)
FileName: Star Wars Episode II - Attack Of The Clones [DVD DivX].avi (833,167,360 bytes)
FileName: Star_Wars_III (3)_Revenge_of_the_Sith_2005_Divx_AC3 (1).avi (762,177,443 bytes)
FileName: steve miller band - 11 - jet airliner.mp3 (3,450,671 bytes)
FileName: steve miller band - abracadabra - abracadabra.mp3 (4,913,238 bytes)
FileName: steve miller band - blow soundrack - blinded by the light.mp3 (3,692,251 bytes)
FileName: steve miller band - come on and dance.mp3 (3,343,368 bytes)
FileName: steve miller band - dazed and confused soundtrack - - living in the u s a.mp3 (3,926,016 bytes)
FileName: steve miller band - dream weaver.mp3 (4,238,904 bytes)
FileName: steve miller band - fly like an eagle.mp3 (2,845,466 bytes)
FileName: steve miller band - jungle love.mp3 (3,028,532 bytes)
FileName: steve miller band - keep on rockin' me.mp3 (2,995,095 bytes)
FileName: steve miller band - magic carpet ride.mp3 (5,216,256 bytes)
FileName: steve miller band - resevoir dogs sndtrk - stuck in the middle with

you(2).mp3 (4,647,040 bytes)
FileName: steve miller band - resevoir dogs sndtrk - stuck in the middle with you.mp3 (4,647,040 bytes)
FileName: steve miller band - space cowboy.mp3 (3,480,345 bytes)
FileName: steve miller band - swingtown.mp3 (3,365,535 bytes)
FileName: steve miller band - take the money and run.mp3 (2,703,488 bytes)
FileName: steve miller band - the joker.mp3 (3,480,217 bytes)
FileName: stevie ray vaughan & buddy guy - live in chigaco - blues jam.mp3 (24,261,054 bytes)
FileName: stevie ray vaughan & buddy guy - live in chigaco - still got the blues.mp3 (3,137,432 bytes)
FileName: stevie ray vaughan - cold shot.mp3 (6,269,515 bytes)
FileName: stevie ray vaughan - crossfire.mp3 (3,960,709 bytes)
FileName: stevie ray vaughan - greatest hits - pride and joy(2).mp3 (3,527,285 bytes)
FileName: stevie ray vaughan - john - life by the drop.mp3 (2,362,305 bytes)
FileName: stevie ray vaughan - mtv unplugged - 12 string guitar solo - acoust.mp3 (2,725,640 bytes)
FileName: stevie ray vaughan and bb king - early morning blues (1).mp3 (3,170,304 bytes)
FileName: stevie ray vaughan, bb king, albert king, paul butterfield - the sky is crying - wow!!!!.mpg (72,896,908 bytes)
FileName: stevie ray vaughan, jeff beck - the fire meets the fury - guitar shop.mp3 (4,825,088 bytes)
FileName: stevie ray vaughn - lenny.mp3 (4,766,447 bytes)
FileName: stevie ray vaughn - tin pan alley(2).mp3 (11,360,131 bytes)
FileName: stevie_ray_vaughan_&_carlos_santana_-_traffic_jam_(extremely.mp3 (6,227,714 bytes)
FileName: stone temple pilots - 09 - unglued.mp3 (2,464,833 bytes)
FileName: stone temple pilots - bi-polar bear.mp3 (4,879,946 bytes)
FileName: stone temple pilots - big empty.mp3 (4,737,149 bytes)
FileName: stone temple pilots - black hole sun.mp3 (5,088,072 bytes)
FileName: stone temple pilots - core - crackerman.mp3 (3,112,252 bytes)
FileName: stone temple pilots - core - dead and bloated.mp3 (4,962,011 bytes)
FileName: stone temple pilots - core - sex type thing.mp3 (3,499,700 bytes)
FileName: stone temple pilots - creep (mtv unplugged).mp3 (8,363,488 bytes)
FileName: stone temple pilots - creep acoustic.mp3 (5,333,705 bytes)
FileName: stone temple pilots - dancing days led zepplin cover.mp3 (3,616,182 bytes)
FileName: stone temple pilots - days of the week.mp3 (2,493,663 bytes)
FileName: stone temple pilots - hollywood bitch.mp3 (2,619,896 bytes)
FileName: stone temple pilots - interstate love song.mp3 (3,111,159 bytes)
FileName: stone temple pilots - lady picture show.mp3 (3,916,145 bytes)
FileName: stone temple pilots - lounge fly.mp3 (5,100,887 bytes)
FileName: stone temple pilots - mtv unplugged [nyc,ny,usa] - plush(acoustic).mp3 (8,120,486 bytes)
FileName: stone temple pilots - mtv unplugged.mpg (253,508,892 bytes)
FileName: stone temple pilots - plush.mp3 (5,018,694 bytes)
FileName: stone temple pilots - sour girl.mp3 (4,120,659 bytes)
FileName: stone temple pilots - sour girl.mpg (45,736,852 bytes)
FileName: stone temple pilots - stone temple pilots - half the man i used to be.mp3 (5,329,927 bytes)
FileName: stone temple pilots - tiny music - big bang baby.mp3 (3,253,114 bytes)
FileName: stone temple pilots - tiny music - trippin on a hole in a paper heart.mp3 (2,807,302 bytes)
FileName: stone temple pilots - tiny music songs from the vatican gift shop - adhesive.mp3 (5,366,473 bytes)
FileName: stone temple pilots - tiny music songs from the vatican gift shop - and so i know.mp3 (9,509,702 bytes)
FileName: stone temple pilots - tribute to john lennon - revolution (beatles cover).mp3 (3,614,221 bytes)
FileName: stone temple pilots - vasoline.mp3 (2,830,794 bytes)
FileName: stone temple pilots - wicked garden.mp3 (3,857,776 bytes)
FileName: stone temple pilots- sour girl (accoustic).mp3 (5,219,184 bytes)

FileName: stone temple piolets - pour some sugar on me (acoustic live def leppard cover).mp3 (4,209,006 bytes)
FileName: stp - 11 - sin (mtv unplugged).mp3 (7,565,600 bytes)
FileName: super-dvd-creator-8-crack.txt (63 bytes)
FileName: symantec - norton personal firewall 2004 full cracked.exe (30,126,080 bytes)
FileName: symantec corp - norton antivirus 2004 professional + crack.exe (50,034,822 bytes)
FileName: System Of A Down - BYOB (Explicit Version).mp3 (8,252,228 bytes)
FileName: System Of A Down - Chop Suey.mp3 (5,056,330 bytes)
FileName: System Of A Down - Cigaro.mp3 (3,211,904 bytes)
FileName: System Of A Down - Forest.mp3 (3,880,279 bytes)
FileName: System of a down - Fuck The System.mp3 (2,168,918 bytes)
FileName: System Of A Down - IEAIAIO.mp3 (4,546,060 bytes)
FileName: System of a Down - Lost In Hollywood.mp3 (5,560,434 bytes)
FileName: System Of A Down - Mezmerize - 06 - This Cocaine.mp3 (5,832,832 bytes)
FileName: System Of A Down - Mezmerize - 10 - Old School Hollywood.mp3 (7,050,809 bytes)
FileName: System of A Down - Mezmerize - Lost In Hollywood.mp3 (5,560,320 bytes)
FileName: System of a Down - Spiders.mp3 (3,456,367 bytes)
FileName: System of a Down - Sugar.mp3 (2,459,399 bytes)
FileName: System of a Down - Temper .mp3 (3,523,273 bytes)
FileName: System of a Down - The Ballad Of Kurt Cobain.mp3 (268,400 bytes)
FileName: System Of A Down - The Metro.mp3 (4,300,301 bytes)
FileName: System of a Down - The Prison Song.mp3 (4,872,192 bytes)
FileName: System Of A Down - Toxicity.mp3 (3,470,315 bytes)
FileName: System of A Down - Violent Pornography.mp3 (5,086,720 bytes)
FileName: System of a Down-BYOB.mp3 (5,801,984 bytes)
FileName: tantric - 03 - i dont care (1).mp3 (5,312,066 bytes)
FileName: tantric - after we go - after we go.mp3 (7,799,070 bytes)
FileName: tantric - after we go - awake.mp3 (6,852,736 bytes)
FileName: tantric - after we go - chasing after.mp3 (6,273,750 bytes)
FileName: tantric - after we go - falling away.mp3 (4,214,352 bytes)
FileName: tantric - after we go - hero.mp3 (8,099,840 bytes)
FileName: tantric - after we go - the chain.mp3 (8,165,835 bytes)
FileName: tantric - astounded.mp3 (4,201,325 bytes)
FileName: tantric - break down.mp3 (4,562,127 bytes)
FileName: Tantric - Hey Now.mp3 (4,524,504 bytes)
FileName: tantric - inside your head.mp3 (4,879,801 bytes)
FileName: tantric - my own summer.mp3 (3,425,586 bytes)
FileName: tantric - paranoid.mp3 (3,486,743 bytes)
FileName: tantric - revillusion.mp3 (3,373,184 bytes)
FileName: tantric - tantric (advance promo) - hate me.mp3 (4,829,428 bytes)
FileName: tantric - tantric - frequency.mp3 (3,843,680 bytes)
FileName: tantric - tantric - hey now.mp3 (4,520,664 bytes)
FileName: tantric-morning.mp3 (4,186,825 bytes)
FileName: tantrick - cliche.mp3 (3,184,640 bytes)
FileName: Tetris Arcade - Full Version Game - Nice Sound And Graphics!.zip (756,070 bytes)
FileName: the doobie brothers - best of the doobies - takin' it to the streets.mp3 (3,524,136 bytes)
FileName: the doobie brothers - free ride.mp3 (4,621,546 bytes)
FileName: The Doors - Break On Through.mp3 (2,343,533 bytes)
FileName: The Doors - LA Woman.mp3 (7,514,488 bytes)
FileName: The Doors - Light My Fire.mp3 (6,828,617 bytes)
FileName: The Doors - Love Me Two Times.mp3 (3,135,840 bytes)
FileName: The Doors - Love Street.mp3 (2,752,518 bytes)
FileName: The Doors - Peace Frogs.mp3 (3,547,118 bytes)
FileName: The Doors - Riders of the Storm.mp3 (8,036,436 bytes)
FileName: The Doors - Roadhouse Blues.mp3 (7,722,388 bytes)
FileName: The Doors - The End.mp3 (6,269,056 bytes)
FileName: The Doors - Touch Me.mp3 (3,079,361 bytes)
FileName: The Doors - Who Do You Love.mp3 (11,608,857 bytes)

FileName: The Doors - Wild Child.mp3 (2,506,752 bytes)
FileName: The Doors -The Crystal Ship.mp3 (2,467,927 bytes)
FileName: The Doors- Paint It Black (Rolling Stones Cover) 1.mp3 (3,611,457 bytes)
FileName: the grateful dead the arista years disc 1 04 terrapin station [medley].mp3 (15,679,510 bytes)
FileName: the grateful dead the arista years disc 1 13 cassidy [live].mp3 (4,356,292 bytes)
FileName: the last waltz - helpless.mp3 (5,601,326 bytes)
FileName: the offspring - (can't get my) head around you.mp3 (3,236,437 bytes)
FileName: the offspring - bad habit.mp3 (3,613,803 bytes)
FileName: the offspring - conspiracy of one - original prankster.mp3 (3,537,348 bytes)
FileName: the offspring - hit that (cd single) - hit that.mp3 (4,048,896 bytes)
FileName: The Offspring - Pretty Fly For A White Guy.mp3 (3,026,683 bytes)
FileName: the rolling stones - 105 - jumpin jack flash.mp3 (3,596,956 bytes)
FileName: the rolling stones - let it bleed - monkey man.mp3 (4,087,768 bytes)
FileName: The Rolling Stones - Satisfaction.mp3 (3,544,003 bytes)
FileName: The Rolling stones - She's So Cold.mp3 (4,059,487 bytes)
FileName: the rolling stones - the rolling stones - brown sugar.mp3 (3,664,666 bytes)
FileName: The Rolling Stones - Wild Horses.mp3 (6,799,673 bytes)
FileName: three doors down - away from the sun(3).mp3 (3,813,376 bytes)
FileName: three doors down - by my side.mp3 (3,142,763 bytes)
FileName: three doors down - if i could be like that.mp3 (4,254,824 bytes)
FileName: three doors down - no title - i'm already here.mp3 (4,611,276 bytes)
FileName: three doors down - not enough.mp3 (3,106,816 bytes)
FileName: three doors down - rock - superman.mp3 (5,632,120 bytes)
FileName: three doors down - story of a girl.mp3 (3,012,608 bytes)
FileName: three doors down - trust company, boxcar racer etc - so far down.mp3 (3,768,320 bytes)
FileName: tool & disturbed - killing you now.wma (3,252,175 bytes)
FileName: tool & the melvins - title - divorced.mp3 (14,141,568 bytes)
FileName: tool - aenima.mp3 (6,393,775 bytes)
FileName: tool - bottom.mp3 (6,813,443 bytes)
FileName: tool - cold and ugly(2).mp3 (3,990,796 bytes)
FileName: tool - danny carey-drums.mp3 (2,152,576 bytes)
FileName: tool - lateralus - lateralus.mp3 (9,044,096 bytes)
FileName: tool - learn to swim.mp3 (6,388,592 bytes)
FileName: tool - opiate.mp3 (5,216,514 bytes)
FileName: tool - salival - tool pushit live(2).mp3 (13,386,618 bytes)
FileName: tool - wrong_way_live_sublime_cover_.mp3 (2,322,556 bytes)
FileName: tool--flood.mp3 (7,460,240 bytes)
FileName: tool-no quarter-unreleased studio demo.mp3 (10,187,047 bytes)
FileName: van morrison - aint no sunshine.mp3 (2,957,247 bytes)
FileName: van morrison - astral weeks - sweet thing.mp3 (4,250,354 bytes)
FileName: van morrison - brown eyed girl.mp3 (2,934,073 bytes)
FileName: van morrison - domino.mp3 (3,061,105 bytes)
FileName: van morrison - french kiss soundtrack - someone like you.mp3 (3,969,408 bytes)
FileName: van morrison - greatest hits - a whiter shade of pale.mp3 (3,834,864 bytes)
FileName: van morrison - have i told you lately that i love you.mp3 (4,160,774 bytes)
FileName: van morrison - moondance - into the mystic.mp3 (5,448,392 bytes)
FileName: van morrison - moondance - moon dance.mp3 (4,330,475 bytes)
FileName: van morrison - someone like you.mp3 (3,969,152 bytes)
FileName: van morrison - the best of van morrison - and it stoned me.mp3 (4,348,157 bytes)
FileName: van morrison - the best of van morrison - dancin in the moonlight304.mp3 (2,754,768 bytes)
FileName: van morrison - the best of van morrison - gloria.mp3 (2,533,796 bytes)
FileName: van morrison - van morrison - wild night.mp3 (3,404,277 bytes)
FileName: when doves cry - prince.mp3 (7,082,532 bytes)

FileName: white zombie - acid trip.mp3 (3,274,240 bytes)
FileName: white zombie - astrocreep 2000 - more human than human.mp3 (4,271,541 bytes)
FileName: white zombie - black sunshine.mp3 (4,624,088 bytes)
FileName: white zombie - godslayer (rare) (1).mp3 (6,920,786 bytes)
FileName: white zombie - helter skelter.mp3 (1,242,780 bytes)
FileName: white zombie - i'm your boogie man (crow ii).mp3 (4,315,974 bytes)
FileName: white zombie - living dead girl.mp3 (4,024,320 bytes)
FileName: white zombie - metal - astrocreep.mp3 (4,271,541 bytes)
FileName: white zombie - thunder kiss '65.mp3 (3,738,782 bytes)
FileName: win xp pro sp1 serial.txt (29 bytes)
FileName: windows xp (home,corp,pro) crack+serial - works.zip (271,667 bytes)
FileName: windows xp activation crack (works with pro, home and home upgrd ).zip (535,984 bytes)
FileName: windows xp pro activation-key generator !!!.exe (26,084,439 bytes)
FileName: windows xp pro cd key (this one works!!).doc (4,608 bytes)
FileName: windows xp pro cd key#.doc (2,286 bytes)
FileName: windows xp pro iso.exe (512,342,016 bytes)
FileName: winxp cd key.doc (11,264 bytes)
FileName: winzip 9 0 + serial - complet [us].exe (2,301,477 bytes)
FileName: wtc tribute - jo dee messina - bring on the rain.mp3 (3,829,760 bytes)
FileName: [crack & serial] norton antivirus 2004.txt (936 bytes)
FileName: ___ARESTRA___godsmack - timebomb.mp3 (3,796,205 bytes)
FileName: ___ARESTRA___grateful dead - plastic by nature - eggshells.mp3 (3,390,002 bytes)
FileName: ___ARESTRA___james gang - seems to me.mp3 (2,101,248 bytes)
FileName: ___ARESTRA___joe walsh - ordinary average guy.mp3 (4,096 bytes)
FileName: ___ARESTRA___nickelback - swallow.mp3 (3,387,392 bytes)
FileName: ___ARESTRA___phish & neil young - down by the river.mp3 (2,101,248 bytes)
FileName: ___ARESTRA___phish - terrapin station live grateful dead cover.mp3 (8,392,704 bytes)
FileName: ___ARESTRA___prince and the revolution - purple rain soundtrack - let's go crazy(2).mp3 (2,101,248 bytes)
FileName: ___ARESTRA___star_wars_iii (3)_revenge_of_the_sith_2005_divx_ac3 (1)(2).avi (195,039,232 bytes)
FileName: ___ARESTRA___stone temple pilots - track 05.mp3 (4,198,400 bytes)
FileName: ___ARESTRA___tool - hooker with a penis.mp3 (4,447,838 bytes)
FileName: ___ARESTRA___tool - parabola.mp3 (2,101,248 bytes)
FileName: ___ARESTRA___white zombie - black sabbath tribute.mp3 (4,198,400 bytes)
FileName: Adobe Photoshop CS v8.0.exe (159,536,640 bytes)
FileName: crack 1.exe (1,234,944 bytes)
FileName: crack 2.exe (1,234,944 bytes)
FileName: NOTE.txt (231 bytes)
FileName: serial key.rtf (6,579 bytes)
FileName: copytodvd.exe (3,172,722 bytes)
FileName: dvd2one v1.0.2 & key.exe (148,578 bytes)
FileName: DVDDecrypter-3.1.4.0.exe (597,054 bytes)
FileName: Guide to burning PERFECT DVD movie copies.doc (177,152 bytes)
FileName: Nero 5.x.x.x KeyGen.exe (62,464 bytes)
FileName: Nero55107b.exe (13,712,184 bytes)
FileName: Baljit Indian Hindu girl, Duped into sofa sex & 2 facial's, 16mb, final scene.mpg (16,283,652 bytes)