AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,**

V.

**LEANNE WARHOL**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 383 T

TO:

**LEANNE WARHOL**
**75 Chopmist Hill Rd., Apt. 2**
**Chepachet, RI 02814-2082**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8/29/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] DATE 10-28-06

NAME OF SERVER (PRINT) Natale Lapriore TITLE Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 39 Old Danielson Pk, Foster, RI 02825

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-28-06
Date

Natale Lapriore
Signature of Server

ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**LEANNE WARHOL**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA06 383T**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **28th day of October, 2006, at 12:40 PM**, at the address of **39 OLD DANIELSON PIKE , FOSTER**, **Providence** County, **RI 02825**; this declarant served the above described documents upon **LEANNE WARHOL,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **LEANNE WARHOL, White, Female, 36yrs, 5'6", 200lbs, Brown Hair, Glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **30th day of October, 2006**.

Natale Lapriore

**Natale Lapriore**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4164489**