November 10, 2006

Mr. James E. O'Neil
The Meadows, Suite A103
1130 Ten Rod Road
No. Kingstown, RI 02852

RE: Case No. CA 06 383T

Dear Attorney O'Neil:

I apologize for taking so long to respond to the summons. At this time, please consider this letter as my response to the summons.

Basically, you have to wrong person. I have no idea about any of the claims made in the summons. My roommate has had his computer hooked up to the internet, at this time and presently. It was he who had downloaded the music. Therefore, I would appreciate redirecting the summons to him – Kenneth Parent and removing my name from this document.

Sincerely,

Leanne Warhol