UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WARNER BROS. RECORDS, INC., et al. | : | |
| v. | : | C.A. No. 06-383T |
| LEANNE WARHOL | : | |

**REPORT AND RECOMMENDATION**

Lincoln D. Almond, United States Magistrate Judge

This is a Complaint for copyright infringement brought by recording companies against an individual alleging unlawful downloading of copyrighted music recordings over the Internet. Pursuant to paragraph 7 of Judge Torres' Scheduling Order, Plaintiffs made a timely request for a summary judgment conference after the close of discovery on July 31, 2007. Judge Torres delegated this task to me, and a conference was held on August 29, 2007. Plaintiffs' counsel was present at the conference and pro se Defendant participated by telephone.

Plaintiffs' counsel indicated that, on May 24, 2007, he served discovery requests on Defendant including requests for admission to which Defendant has not responded. Defendant agreed that she had not responded to the requests. Plaintiffs' counsel asserted that Defendant's failure to respond to the requests for admission resulted in them being "deemed admitted" under Fed. R. Civ. P. 36(a). He indicated that Plaintiffs' Motion for Summary Judgment would be based, in part, on such admissions. Defendant did not object to Plaintiffs' request to move for summary judgment and indicated a desire to bring the case to conclusion.

Based on my review of the docket and the information presented at the summary judgment conference, I recommend that Plaintiffs be granted leave to file a Motion for Summary Judgment

and, if my recommendation is accepted by Judge Torres, that Plaintiffs be ordered to file such motion within thirty days thereafter.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
August 29, 2007