**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

LEANNE WARHOL,

Defendant.

Civil No. 1:06-cv-00383-T-LDA

Judge Ernest Torres

**MOTION TO STAY CASE**

Plaintiffs WARNER BROS RECORDS INC., *et al.* ("Plaintiffs"), respectfully request that the Court stay the case for 45 days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the Court.

This Motion to Stay is filed with the consent of the Defendant.

Respectfully submitted,

Dated: September 12, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of September, 2007 I mailed a true and accurate copy of the within Motion to Stay first class, postage prepaid to Ms. Leanne Warhol, 75 Chopmist Hill Rd., Apt. 2, Chepachet, RI 02814-2082.

/s/James E O'Neil, Esq.
James E. O'Neil, Esq.