**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. 1:06-cv-00383-T-LDA |
| Plaintiffs, | Judge Ernest Torres |
| v. | |
| LEANNE WARHOL, | |
| Defendant. | |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs WARNER BROS RECORDS INC., *et al.* ("Plaintiffs"), by and through their undersigned counsel, respectfully notify the Court that the parties have settled their dispute in principle.

Respectfully submitted,

Dated: September 12, 2007

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12th day of September, 2007I mailed a true and accurate copy of the within Notice of Settlement in Principle first class, postage prepaid to Ms. Leanne Warhol, 75 Chopmist Hill Rd., Apt. 2, Chepachet, RI 02814-2082.

/s/ James E. O'Neil, Esq.
James E. O'Neil, Esq.