**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. 1:06-cv-00383-T-LDA |
| Plaintiffs, | Judge Ernest Torres |
| v. | |
| Leanne Warhol, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs Warner Bros., *et al.*, and Defendant Leanne Warhol, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/his own costs and fees. The parties request that the Clerk of Court now close this case.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Warner Bros. Records Inc.;
Capitol Records, Inc.; UMG Recordings,
Inc.; and Sony BMG Music Entertainment

Leanne Warhol
75 Chopmist Hill Road, Apt. 2
Chepachet, RI 02814-2082
Telephone: (401)710-9416

Pro Se Defendant